**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6178**

─────────────

KENNETH LEON RIVERS,

        Petitioner - Appellant,

    v.

WARDEN FCI WILLIAMSBURG,

        Respondent - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:21-cv-03154-BHH)

─────────────

Submitted:  August 24, 2023                    Decided:  August 29, 2023

─────────────

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Kenneth Leon Rivers, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Leon Rivers appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Rivers' 28 U.S.C. § 2241 petition for lack of jurisdiction. In light of the Supreme Court's recent decision in *Jones v. Hendrix*, 143 S. Ct. 1857, 1867-69 (2023) (holding that petitioner cannot use § 2241 petition to mount successive collateral attack on validity of federal sentence), we conclude that Rivers cannot pursue his claims in a § 2241 petition.

Accordingly, we affirm the district court's order dismissing Rivers' § 2241 petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*